UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

MARIE BECKER,

    Plaintiff,

vs.

                                          Case No.: 09-C-0663

BAYER CORPORATION,
BAYER HEALTHCARE PHARMACEUTICALS,
INC., BAYER HEALTHCARE, LLC, and
BERLEX LABORATORIES INTERNATIONAL,
INC.,

    Defendants.

## ORDER FOR STAY

Defendants, Bayer Corporation; Bayer HealthCare Pharmaceuticals, Inc. (formerly known as Berlex, Inc., which was formerly known as Berlex Laboratories, Inc.), on its own behalf and as successor by merger to Bayer Pharmaceuticals Corporation; Bayer HealthCare LLC and Berlex Laboratories International, Inc. (collectively, the "Bayer Defendants"), having filed an unopposed motion to stay the proceedings in this action, and the Court finding good cause for the same, the above-captioned matter is **STAYED**, pending a decision by the Judicial Panel on Multidistrict Litigation ("JPMDL") on the pending motion to transfer under 28 U.S.C. § 1407, for thirty days after a ruling from the JPML. All pending dates and deadlines are **VACATED**.

**SO ORDERED**, this   25th   day of August, 2009.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge